## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JEAN PIERRE ALVAREZ
MURILLO, A# 245 989 001,

      Petitioner,

      v.

WARDEN, Pike County
Correctional Facility,

      Respondent.

CIVIL ACTION NO. 3:26-cv-01413

(SAPORITO, J.)

### ORDER

AND NOW, this _6th_ day of July, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition (Doc. 1) is **GRANTED;**

2. The government shall either provide Alvarez Murillo with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Alvarez Murillo on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3. At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

- 2 -

4.     The respondent shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5.     The clerk is directed to mark this case as **CLOSED**.

JOSEPH F. SAPORITO, JR.
United States District Judge